Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  24−16570−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   George Morales Jr.
   34 Boonstra Drive
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−8435

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       9/5/24
Time:      02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney,
period: 3/26/2024 to 8/11/2024

COMMISSION OR FEES
$10,477.50

EXPENSES
$530.42

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 13, 2024
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
George Morales, Jr.  
    Debtor

Case No. 24-16570-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Aug 13, 2024      Form ID: 137      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George Morales, Jr., 34 Boonstra Drive, Wayne, NJ 07470-2528 |
| aty | + | Maria A. Giammona, Maria A. Giammona Law, LLC., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| 520317413 | + | Artistic Jewelers Inc., 305 Northwest Drive, Farmingdale, NY 11735-4935 |
| 520317414 | + | Attorney General United States Department of, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 520317429 | | New York State Thruway Authority, 14 Executive Blvd, Ste. 400, Suffern, NY 10901 |
| 520317432 | + | OneMain Financial Group, LLC, 700 Plaza Drive, Suite 211, Secaucus, NJ 07094-3604 |
| 520317433 | + | Pioneer Credit Recovery, Inc., P.O. Box 1018, Moorestown, NJ 08057-0018 |
| 520317442 | + | Veronica Morales, 34 Boonstra Drive, Wayne, NJ 07470-2528 |
| 520317444 | + | Wells Fargo Card Services, Po Box 3696, Portland, OR 97208-3696 |
| 520317445 | + | Xiomara Morales, 3600 Bailey Avenue, Apt. 2F, Bronx, NY 10463-4253 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 13 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2024 20:55:56 | AIS Portfolio Services, LLC, Attn: Bridgecrest Acceptance Corporation, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520317410 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 13 2024 20:57:10 | Affirm Inc, 633 Folsom Street, Floor 7, San Francisco, CA 94107-3618 |
| 520333768 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2024 20:55:53 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520317412 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 13 2024 20:42:00 | Apple Card/Goldman Sachs Bank USA, Lockbox 6112, Po Box 7247, Philadelphia, PA 19170-0001 |
| 520317415 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 13 2024 20:42:00 | Barclays Bank Delaware, 1007 N Orange St, Wilmington, DE 19801-1239 |
| 520317416 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 13 2024 20:43:00 | Bridgecrest, 1030 North Colorado Street, Gilbert, AZ 85233-2288 |
| 520321416 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2024 20:44:52 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520317417 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2024 20:44:57 | Capital One Bank, Po Box 85064, Glen Allen, VA 23058 |
| 520327405 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 13 2024 20:44:54 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 24-16570-VFP  Doc 22  Filed 08/15/24  Entered 08/16/24 00:28:18  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: 137 | Total Noticed: 52 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520331864 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2024 20:44:57 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520332534 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2024 20:56:06 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520317418 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2024 20:56:48 | Citibank North America, 50 NW Point Blvd., Elk Grove Village, IL 60007-1032 |
| 520317419 | | Email/Text: mrdiscen@discover.com | Aug 13 2024 20:41:00 | Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 520317427 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2024 20:44:53 | Macy's Credit Card Services, 9111 Duke Blvd., Mason, OH 45040 |
| 520323144 | | Email/Text: mrdiscen@discover.com | Aug 13 2024 20:41:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520317420 | + | Email/Text: cashiering-administrationservices@flagstar.com | Aug 13 2024 20:43:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520317421 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 13 2024 20:42:00 | Goldman Sachs And Co., Po Box 70321, Philadelphia, PA 19176-0321 |
| 520317422 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2024 20:42:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520317423 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 13 2024 20:42:00 | Jefferson Capital Syst, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 520355987 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 13 2024 20:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520333512 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2024 20:44:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520317424 | ^ | MEBN | Aug 13 2024 21:04:12 | Lakeview, P.O. Box 619063, Dallas, TX 75261-9063 |
| 520317425 | + | Email/Text: sacc1-docs@lgbs.com | Aug 13 2024 20:42:00 | Linebarger Goggan Blair & Sampson, LLP, P.O. Box 659443, San Antonio, TX 78265-9443 |
| 520317426 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2024 20:44:36 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 520317430 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 13 2024 20:43:00 | NYS Assessment Receivables, P.O. Box 4127, Binghamton, NY 13902-4127 |
| 520317431 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 13 2024 20:43:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 520317428 | + | Email/Text: netcreditbnc@enova.com | Aug 13 2024 20:43:26 | Net Credit, 200 W Jackson Blvd Ste 2400, Chicago, IL 60606-6941 |
| 520342728 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2024 20:44:52 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520317434 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 13 2024 20:41:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520317435 | + | Email/Text: bncmail@w-legal.com | Aug 13 2024 20:42:00 | TD Bank/ Target Card, Po Box 673, Minneapolis, MN 55440-0673 |
| 520339864 | + | Email/Text: tdebn@credbankserv.com | Aug 13 2024 20:42:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520317436 | + | Email/Text: bankruptcy@td.com | Aug 13 2024 20:42:00 | TD Retail Card Services/Nordictrack Fin, 1000 Macarthur Bvld., Mahwah, NJ 07430-2035 |
| 520317437 | ^ | MEBN | Aug 13 2024 21:04:19 | Tolls by Mail Payment Processing Center, P.O. Box 15183, Albany, NY 12212-5183 |

Case 24-16570-VFP    Doc 22    Filed 08/15/24    Entered 08/16/24 00:28:18    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: 137 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520317438 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 13 2024 20:44:35 | U.S. Department of Housing and Urban Developm, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 520317440 | | Email/Text: bknotice@upgrade.com | Aug 13 2024 20:41:00 | Upgrade, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 520321702 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 13 2024 20:44:35 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520317439 | + | Email/Text: usanj.njbankr@usdoj.gov | Aug 13 2024 20:42:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 520317441 | + | Email/Text: LCI@upstart.com | Aug 13 2024 20:42:00 | Upstart, 2950 S Delaware Street, San Mateo, CA 94403-2577 |
| 520317443 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 13 2024 20:55:54 | Wells Fargo Auto, Po Box 71092, Charlotte, NC 28272-1092 |
| 520324828 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 13 2024 20:44:39 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520317411 | *+ | Affirm Inc., 633 Folsom Street, Floor 7, San Francisco, CA 94107-3618 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor George Morales Jr. dstevens@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Susan Long | on behalf of Creditor Veronica Morales slong@genovaburns.com |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: 137 | Total Noticed: 52 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5