| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP.**<br>1 Harmon Meadow Blvd., Suite 201<br>Secaucus, New Jersey 07094<br>Telephone: 973-696-8391<br>Email: dstevens@scura.com<br>David Stevens, Esq.<br>*Counsel for George Morales, Jr.* | Order Filed on August 23, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

*In re:*

**GEORGE MORALES, JR.,**

                    Debtor.

Case No. 24-16570-VFP

Chapter 13

Judge: Hon. Vincent F. Papalia

**CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF PERMITTING THE CONTINUANCE OF THE STATE COURT MATRIMONIAL ACTION PURSUANT TO FED. R. BANKR. P. 9019 & DNJ LBR 9019-4(b)**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: August 23, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | George Morales, Jr. |
| Case No.: | 24-16570-VFP |
| Caption of Order: | CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF PERMITTING THE CONTINUANCE OF THE STATE COURT MATRIMONIAL ACTION PURSUANT TO FED. R. BANKR. P. 9019 & DNJ LBR 9019-4(b) |

**Page 2 of 2**

___

This matter coming before the Court on the request of the debtor, George Morales, for an order granting relief from the 11 U.S.C. § 362(a) automatic stay to permit adjudication of the dissolution of marriage, domestic support, and the equitable distribution of marital property and debts;

IT IS THEREFORE,

ORDERED that the automatic stay is hereby vacated for the limited purposes of permitting the state court matrimonial action to continue up through and including the drafting of a martial property agreement. The parties must obtain approval by the U.S. Bankruptcy Court prior to the execution and entry of any such marital property settlement agreement. Any proposed division contained in the marital property settlement shall not conflict or contradict any such order of this Court.

**Agreed and Consented to by:**

|  |  |
|---|---|
|  | SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP |
|  | Attorneys for Geroge Morales |
| Dated: August 5, 2024 | */s/ David Stevens*_____ |
|  | David L. Stevens, Esq. |
|  |  |
|  | GENOVA BURNS, LLC |
|  | Attorneys for Veronica Morales |
| Date: August 5, 2024 | */s/ Susan S. Long*_____ |
|  | Susan S. Long, Esq. |