| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**SCURA, WIGFIELD, HEYER,**<br>**STEVENS & CAMMAROTA, LLP.**<br>1 Harmon Meadow Blvd., Suite 201<br>Secaucus, New Jersey 07094<br>Telephone: 973-696-8391<br>Email: dstevens@scura.com<br>David Stevens, Esq.<br>*Counsel for George Morales, Jr.* | **Order Filed on August 23, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |

| | |
|---|---|
| *In re:*<br><br>**GEORGE MORALES, JR.,**<br>Debtor. | Case No. 24-16570-VFP<br><br>Chapter 13<br><br>Judge: Hon. Vincent F. Papalia |

**CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF PERMITTING THE CONTINUANCE OF THE STATE COURT MATRIMONIAL ACTION PURSUANT TO FED. R. BANKR. P. 9019 & DNJ LBR 9019-4(b)**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: August 23, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: George Morales, Jr.
Case No.: 24-16570-VFP
Caption of Order: CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF PERMITTING THE CONTINUANCE OF THE STATE COURT MATRIMONIAL ACTION PURSUANT TO FED. R. BANKR. P. 9019 & DNJ LBR 9019-4(b)

**Page 2 of 2**

_____

This matter coming before the Court on the request of the debtor, George Morales, for an order granting relief from the 11 U.S.C. § 362(a) automatic stay to permit adjudication of the dissolution of marriage, domestic support, and the equitable distribution of marital property and debts;

IT IS THEREFORE,

ORDERED that the automatic stay is hereby vacated for the limited purposes of permitting the state court matrimonial action to continue up through and including the drafting of a martial property agreement. The parties must obtain approval by the U.S. Bankruptcy Court prior to the execution and entry of any such marital property settlement agreement. Any proposed division contained in the marital property settlement shall not conflict or contradict any such order of this Court.

**Agreed and Consented to by:**

SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP
Attorneys for Geroge Morales

Dated: August 5, 2024

/s/ David Stevens_____
David L. Stevens, Esq.

GENOVA BURNS, LLC
Attorneys for Veronica Morales

Date: August 5, 2024

/s/ Susan S. Long____
Susan S. Long, Esq.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16570-VFP |
| George Morales, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 2
Date Rcvd: Aug 23, 2024　　　　　　　　Form ID: pdf903　　　　　　　　Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol　　Definition**
+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + George Morales, Jr., 34 Boonstra Drive, Wayne, NJ 07470-2528 |
| aty | + Maria A. Giammona, Maria A. Giammona Law, LLC., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2024　　　　　　　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor George Morales Jr. dstevens@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Susan Long | on behalf of Creditor Veronica Morales slong@genovaburns.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 23, 2024 | Form ID: pdf903 | Total Noticed: 2

TOTAL: 5