| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on September 11, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re: | Case No.: _____<br><br>Chapter:         13<br><br>Judge: _____ |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 11, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____, the applicant, is allowed a fee of $ _____ for services rendered and expenses in the amount of $_____ for a total of $_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

\* The amount to be paid through the Chapter 13 Plan is $8,507.92 ($11,007.92 less $2,500.00 retainer paid)\*

*rev.8/1/15*

2