UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-554-9801
Fax : 973-696-8571
David L. Stevens, Esq.
Email:dstevens@scura.com
Counsel for Debtor.

Order Filed on October 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

George Morales, Jr.
                    Debtor.

Case No.:    24-16570

Chapter:    13

Judge:    VFP

## ORDER AUTHORIZING RETENTION OF

Jonathan D. Sherman, Esq.

The relief set forth on the following page is **ORDERED**.

DATED: October 7, 2024

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Jonathan D. Sherman, Esq._____

as _____Real Estate Attorney_____ , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   Ansell Grimm & Aaron, PC.
   1500 Lawrence Avenue
   Ocean, New Jersey 07712

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*