

1700 Route 23, Suite 300, Wayne NJ 07470 / Phone: 973.696.0077

March 21, 2024

RE:   CMA, for 34 Boonstra Drive, NJ 07470

To whom it may concern,

The property mentioned above is a legal, 1-family bi-level house located in Wayne, NJ. The property consists of 9 total rooms, 4 bedrooms, and 3 full bathrooms. The house has a 2-car attached garage, deck, and central air system. and an unfinished basement. Built in 1975, the property (located on a 0.371 acre lot) is in good interior and exterior condition, with normal wear and tear found throughout. Based on the sold comps in the area, the value is approximately between **$780,000 and $820,000**, with an estimated CMA value of **$800,000**.

Included with this document are the recently sold comps, to support this value.

If you have any questions, please let me know.

Thank you,

*Robert Sivori*

***ROBERT SIVORI***
Keller Williams Realty Prosperity
1700 Route 23 South, Suite 300, Wayne, NJ 07470
Cell: 908.432.2526
Office: 973.696.0077
Fax: 844.748.6746

"An Opportunity for a Better Life"

**Residential / Condo / Coop Listings / Sold**

**Residential Listings**

| No: | ML# | MED | Status | Town | Address | LT SZ | Acres | List Price | Sold Price | SP/LP% | Style | RM | BR | TBT | Gar | BSMT | Yr Blt | Closed Date | First Showing | DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3859937 | 47 | Sold | Wayne Twp.* | 4 Halsey Rd* | .362 AC* | 0.36* | $782,800 | $820,000 | 105% | Bi-Level, Custom Home | 8 | 3 | 3.0 | 2 | No | 1965 | 11/02/2023 | 08/21/2023 | 9 |
| 2 | 3865916 | 28 | Sold | Wayne Twp.* | 8 Mountainside Dr* | .143 AC* | 0.14* | $789,000 | $805,000 | 102% | Colonial | 8 | 4 | 2.1 | 2 | Yes | 1930 | 12/08/2023 | 09/22/2023 | 41 |
| 3 | 3876703 | 24 | Sold | Wayne Twp.* | 110 Greenrale Ave* | .354 AC* | 0.35* | $789,900 | $790,000 | 100% | Colonial | 8 | 4 | 2.1 | 2 | Yes | 1962 | 02/12/2024 | | 59 |
| 4 | 3870348 | 28 | Sold | Wayne Twp.* | 11 Madison St* | .377 AC* | 0.38* | $799,000 | $780,000 | 98% | Colonial, Split Level | 9 | 4 | 2.1 | 1 | Yes | 1964 | 01/26/2024 | 10/20/2023 | 58 |
| Totals: | | | | 4 | | | | $3,160,700 | $3,195,000 | 101% | | | | | | | | | | 167 |
| Average: | | | | | | | | $790,175 | $798,750 | 101% | | | | | | | | | | 41 |

*This is not an appraisal and not intended to be used as an appraisal. This is a market opinion for use by the homeowner only.*

Copyright, Garden State MLS, L.L.C.          **Info. deemed RELIABLE but not GUARANTEED - ALL Room Sizes are Approx.**          ROBERT SIVORI

Passaic* Wayne Twp.* (2514)     4 Halsey Rd     List Price: $782,800

## Residential Client Full Report

| | | | | | |
|---|---|---|---|---|---|
| MLS#: | **3859937** | Section: | **Wayne Valley** | LP: | **$782,800** |
| Status: | **Sold** | ZN: | | OLP: | **$782,800** |
| Rms: | **8** | GRS: | **FALLON** | SP: | **$820,000** |
| Bdrm: | **3** | MSJR: | **ANTHONY WAYNE** | LD: | **08/16/2023** |
| FB: | **3** | HS: | **WAYNE VALLEY** | FSD: | **08/21/2023** |
| HB: | **0** | Acres: | **0.36*** | UCD: | **08/25/2023** |
| ZIP: | **07470-3712*** | LtSz: | **.362 AC*** | CD: | **11/02/2023** |
| RZIP: | **07470** | SqFt: | **2513** | ADM: | **9** |
| Block: | **2205*** | CLR: | | DOM: | **9** |
| Lot: | **77*** | CL: | **No** | SDA: | **Yes** |
| Unit #: | | GSMLS.com: | **Yes** | | |
| Floor #: | | YB/Desc/Ren: | **1965 / Approximate / 2013** | | |
| Bldg #: | | PSubType: | **Single Family** | | |
| AgeRestricted: | **No** | Style: | **Bi-Level, Custom Home** | | |
| Pets: | **Yes** | | | | |

**Directions:** **Alps to Herfort to Halsey Road or Ratzer to Mayfair to Herfort to Halsey**

**Remarks:** **Welcome to a slice of paradise in the heart of Wayne. This exceptional custom home has an array of captivating features promising an unparalleled lifestyle. The main level offers a foyer w/ guest closet setting the stage for your journey through this remarkable home. The owner's suite w/ updated en-suite bath is a sanctuary unto itself, boasting 3 closets with 2 walk-ins catering to the most discerning wardrobe enthusiast. 2 additional BRMS on this level provide ample living space + an updated main BA. The equipped EIK is a culinary dream, featuring, generous counter space, wood cabinets, recessed lights flowing effortlessly to the DRM. The adjoining LRM is a perfect setting for gatherings & relaxation. The true gem is the 3-season sunroom overlooking a place called serenity. The wood deck offers a retractable awning while the in-ground pool takes center stage surrounded by a tastefully designed patio & lush landscaping. Imagine yourself unwinding in the hot tub or practicing your golf swing on the meticulously manicured putting green. The ground level is a testament to versatile living displaying a large sun filled FRM that features a wood burning stove & full bath. This level adds convenience with flexible space that awaits transformation into a 4TH BRM or a home office. With direct access to the private yard, this ground level space seamlessly merges together both indoor & outdoor living. A 2-car garage & double-wide driveway ensures ample parking for residents & guests.**

### INTERIOR

| | | | |
|---|---|---|---|
| Applncs: | **Carbon Monoxide Detector, Cooktop - Gas, Dishwasher, Dryer, Microwave Oven, Wall Oven(s) - Electric, Refrigerator, Washer, Wine Refrigerator** | IntFeat: | **Blinds, Carbon Monoxide Detector, Fire Extinguisher, Smoke Detector, Stall Shower, Tub Shower, Walk-In Closet, Window Treatments** |
| Bsmnt: | **No / Slab** | Kitch: | **Eat-In Kitchen** |
| Dine: | **Formal Dining Room** | MastBr: | **Full Bath, Walk-In Closet** |
| FirePl: | **1 / Family Room, Wood Stove-Freestanding** | MstBath: | **Stall Shower** |
| Floor: | **Carpeting, Tile, Wood** | In-law Suite: | **Yes/Family Room, Full Bath, Separate Entrance** |

### EXTERIOR / OTHER FEATURES

| | | | |
|---|---|---|---|
| Drive: | **8 / 2 Car Width, Additional Parking, Blacktop** | Garage: | **2 / Built-In Garage, Garage Door Opener, Inside Entrance** |
| Exterior: | **Stone, Vinyl Siding** | LotDesc: | **Backs to Golf Course, Level Lot** |
| ExtFeat: | **Deck, Vinyl Fence, Hot Tub, Patio, Sidewalk** | Pool: | **Yes/Heated, In-Ground Pool, Liner** |
| | | Roof: | **Asphalt Shingle** |

### ROOM DIMENSIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LivRm: | **/ First** | DinRm: | **/ First** | Kitch: | **/ First** | FamRm: | **/ Ground** |
| Mstr: | **/ First** | Bed2: | **/ First** | Bed3: | **/ First** | | |
| Florida/3Season: | **/First** | Foyer: | **/First** | Bathroom: | **/Ground** | Bathroom: | **/First** |

LevelG: **Bath(s) Other, Family Room, Inside Entrance, Laundry Room, Outside Entrance, Utility Room, Walkout**
Level1: **3 Bedrooms, Bath Main, Bath(s) Other, Dining Room, Florida/3Season, Foyer, Inside Entrance, Kitchen, Living Room, Outside Entrance**

### UTILITIES

| | | | |
|---|---|---|---|
| Heat: | **1 Unit, Baseboard - Hotwater, Multi-Zone** | Sewer: | **Public Sewer** |
| Cool: | **1 Unit, Central Air** | Utilities: | **Gas-Natural** |
| Fuel: | **Gas-Natural** | Water: | **Public Water** |
| Service: | **Cable TV Available** | WtrHt: | **Gas** |

### FINANCIAL INFORMATION / TAX INFORMATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Taxes: | **$13,438 / 2022*** | TaxRt: | **5.718 / 2022** | BldAsmt: | **$123,200*** | LndAsmt: | **$111,800*** | TotAsmt: | **$235,000*** |
| Fee: | **$ /** | AppFee: | **$** | FarmAsm: | **No** | HmWrnty: | **No** | OTP: | **Fee Simple** |
| Other: | **$ /** | Easement: | **Unknown /** | | | | | | |

Copyright, Garden State MLS, L.L.C.     **\*\*Info. deemed RELIABLE but not GUARANTEED - ALL Room Sizes are Approx.\*\***     ROBERT SIVORI

Passaic* Wayne Twp.* (2514) — 8 Mountainside Dr* — List Price: $789,000

Residential Client Full Report



| | | | | | |
|---|---|---|---|---|---|
| MLS#: | 3865916 | Section: | **PACKANACK LAKE** | LP: | **$789,000** |
| Status: | **Sold** | ZN: | | OLP: | **$789,000** |
| Rms: | **8** | GRS: | **PACKANACK** | SP: | **$805,000** |
| Bdrm: | **4** | MSJR: | **G. WASHINGTON** | LD: | **09/21/2023** |
| FB: | **2** | HS: | **WAYNE VALLEY** | FSD: | **09/22/2023** |
| HB: | **1** | Acres: | **0.14*** | UCD: | **11/01/2023** |
| ZIP: | **07470-4209*** | LtSz: | **.143 AC*** | CD: | **12/08/2023** |
| RZIP: | | SqFt: | **2400** | ADM: | **41** |
| Block: | **1717*** | CLR: | **GRAY** | DOM: | **41** |
| Lot: | **8*** | CL: | **No** | SDA: | **No** |
| Unit #: | | GSMLS.com: | **Yes** | | |
| Floor #: | | YB/Desc/Ren: | **1930 / Approximate, Renovated / 2023** | | |
| Bldg #: | | PSubType: | **Single Family** | | |
| AgeRestricted: | **No** | Style: | **Colonial** | | |
| Pets: | **Yes** | | | | |

Directions:  **Osborne Ter. to Lake Drive East to Mountainside Dr.**

Remarks:  **Smart home luxury living meets the serene beauty of Packanack Lake, welcome home to 8 Mountainside Dr! You'll be captivated by cathedral ceilings & stone fireplace w/ original charm. Completed Renovated & transformed from top to bottom w/ meticulous attention to detail & high-end finishes. The interior showcases are large and spacious brand new custom master chef style kitchen w/ farmhouse sink, huge quartz center island w/ breakfast bar, gold accents, all custom designed cabinets & separate pantry w/ beautiful barndoor. 1st-floor bedroom suite is a sanctuary w/ a smart de-steam lighting mirror, rain showerhead, & full-body spray. Upstairs, 3 spacious bedrooms w/ double closets, full bath w/ daul sinks, 2nd fl sun deck providing mesmerizing winter lake views. The basement level is a versatile space w/ a mudroom, enormous rec room, home office, attached 2-car garage + storage. The exterior boasts w/ views, full-size front porch, 2nd fl & rear back deck & blue stone patio w/ a stone fireplace& pizza oven giving lots of options for outdoor entertaining! What truly sets this home apart is its smart home technology. The entire home can be controlled right from your phone! Rest easy knowing that this home features ALL NEW foundation wall, hvac, plumbing & electric. Enjoy the incredible Packanack Lake offering exclusive amenities like private beaches, a clubhouse, swimming, golf, tennis, and more. Close to NYC & just a few min from Wayne Transit Center, mall & all major highways.**

### INTERIOR

| | | | |
|---|---|---|---|
| Applncs: | **Carbon Monoxide Detector, Dishwasher, Dryer, Kitchen Exhaust Fan, Microwave Oven, Refrigerator, Range/Oven-Gas, Sump Pump, Washer** | IntFeat: | **Carbon Monoxide Detector, Beam Ceilings, Cathedral Ceiling, High Ceilings, Fire Extinguisher, Smoke Detector, Stall Shower And Tub** |
| Bsmnt: | **Yes / Finished, Full, Walkout** | Kitch: | **Breakfast Bar, Center Island, Separate Dining Area** |
| Dine: | **Formal Dining Room** | MastBr: | **Full Bath, 1st Floor** |
| FirePl: | **2 / Great Room, Wood Burning, Wood Stove-Freestanding** | MstBath: | **Stall Shower, Steam** |
| Floor: | **Tile, Wood** | P-Use: | **Home-Office** |
| | | In-law Suite: | **Yes/Living Room, Separate Entrance** |

### EXTERIOR / OTHER FEATURES

| | | | |
|---|---|---|---|
| Amnt: | **Club House, Jogging/Biking Path, Lake Privileges, Playground, Tennis Courts** | Garage: | **2 / Attached Garage, Oversize Garage, Tandem** |
| Drive: | **8 / 2 Car Width, Additional Parking, Blacktop** | LotDesc: | **Lake/Water View** |
| Exterior: | **Vinyl Siding** | Pool: | **No/** |
| ExtFeat: | **Deck, Patio, Thermal Windows/Doors** | Roof: | **Asphalt Shingle** |

### ROOM DIMENSIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LivRm: | **/ First** | DinRm: | **/ First** | Kitch: | **/ First** | Den: | **/ Basement** |
| Mstr: | **/ First** | Bed2: | **/ Second** | Bed3: | **/ Second** | Bed4: | **/ Second** |
| Laundry Room: | **/Basement** | | | | | | |

LevelB:  **Laundry Room, Rec Room, Storage Room, Utility Room, Walkout**
Level1:  **1 Bedroom, Bath Main, Bath(s) Other, Dining Room, Kitchen, Living Room, Pantry, Porch**
Level2:  **3 Bedrooms, Bath Main, Porch**

### UTILITIES

| | | | |
|---|---|---|---|
| Heat: | **Forced Hot Air, Radiators - Steam** | Sewer: | **Public Sewer** |
| Cool: | **Central Air** | Utilities: | **Gas-Natural** |
| Fuel: | **Gas-Natural** | Water: | **Public Water** |

### FINANCIAL INFORMATION / TAX INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Taxes: | **$9,612* / 2022*** | TaxRt: | **5.654* / 2022** | BldAsmt: | **$63,600*** |
| LndAsmt: | **$106,400*** | TotAsmt: | **$170,000*** | | |
| Fee: | **$430 / Annually** | AppFee: | **$** | FarmAsm: | |
| HmWrnty: | | OTP: | **Fee Simple** | | |
| Other: | **$ /** | Easement: | **Unknown /** | | |

Copyright, Garden State MLS, L.L.C.    **Info. deemed RELIABLE but not GUARANTEED - ALL Room Sizes are Approx.**    ROBERT SIVORI

| Passaic* Wayne Twp.* (2514) | | 110 Greenrale Ave* | | List Price: $789,900 |

**Residential Client Full Report**



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MLS#: | **3876703** | Section: | | | | LP: | **$789,900** | |
| Status: | **Sold** | ZN: | **R-B** | | | OLP: | **$749,900** | |
| Rms: | **8** | GRS: | **JFK** | | | SP: | **$790,000** | |
| Bdrm: | **4** | MSJR: | **ANTHONY WAYNE** | | | LD: | **12/01/2023** | |
| FB: | **2** | HS: | **WAYNE VALLEY** | | | FSD: | | |
| HB: | **1** | Acres: | **0.35*** | | | UCD: | **01/29/2024** | |
| ZIP: | **07470-2947*** | LtSz: | **.354 AC*** | | | CD: | **02/12/2024** | |
| RZIP: | | SqFt: | | | | ADM: | **52** | |
| Block: | **2116*** | CLR: | **Beige** | | | DOM: | **59** | |
| Lot: | **2*** | CL: | **No** | | | SDA: | **No** | |
| Unit #: | | GSMLS.com: | **Yes** | | | | | |
| Floor #: | | YB/Desc/Ren: | **1962 / Approximate /** | | | | | |
| Bldg #: | | PSubType: | **Single Family** | | | | | |
| AgeRestricted: | **No** | Style: | **Colonial** | | | | | |
| Pets: | **Yes** | | | | | | | |

**Directions:** Route 23 to Ratzer Road to Greenrale Avenue

**Remarks:** Step into the charm and warmth of this exquisite 4-bedroom colonial home, nestled within meticulously landscaped surroundings that set the stage for a life of comfort and style. Indulge your culinary senses in the heart of the home " a stunning kitchen complete with a full pantry for all your culinary essentials.Hardwood floors seamlessly connect each room, creating an ambiance of timeless elegance. Host gatherings on a level backyard that unfolds like a canvas of possibilities " a level retreat awaiting your personal touch, promising endless hours of laughter and entertainment.This home boasts recently updated air conditioning and heating systems, ensuring year-round comfort with efficiency. It's not just a home; it's a haven where every detail has been carefully curated for your utmost enjoyment.The Sale of this home is contingent on the homeowners locating a new home. This presents a unique opportunity for you to step into a home filled with love and character, ready to embrace new memories and adventures. Don't miss the chance to make this dream home yours " a canvas where your story unfolds in every room, and where the joy of living is truly redefined. The homeowner is a licensed real estate salesperson. The home is being sold as is.

## INTERIOR

| | | | |
|---|---|---|---|
| Applncs: | **Carbon Monoxide Detector, Dishwasher, Disposal, Dryer, Generator-Built-In, Microwave Oven, Range/Oven-Gas, Sump Pump, Washer** | Handicap Modified: | **No** |
| Bsmnt: | **Yes / Finished, Full** | IntFeat: | **Bar-Dry, Carbon Monoxide Detector, High Ceilings, Fire Extinguisher, Smoke Detector** |
| Dine: | **Formal Dining Room** | Kitch: | **Breakfast Bar, Separate Dining Area** |
| Exclu: | **Dining Room Fixture, Living, Den & Dining Room Drapes, 1 Refrigerator** | MastBr: | **Full Bath, Walk-In Closet** |
| FirePl: | **0 /** | MstBath: | **Stall Shower** |
| Floor: | **Stone, Wood** | In-law Suite: | **No/** |

## EXTERIOR / OTHER FEATURES

| | | | |
|---|---|---|---|
| Drive: | **4 / 2 Car Width, Blacktop, Hard Surface** | Garage: | **2 / Garage Parking, Inside Entrance** |
| Exterior: | **Aluminum Siding** | LotDesc: | **Level Lot** |
| ExtFeat: | **Patio** | Pool: | **No/** |
| | | Roof: | **Asphalt Shingle** |

## ROOM DIMENSIONS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LivRm: | **22x13 / First** | DinRm: | **11x12 / First** | Kitch: | **9x11 / First** | Den: | **/ First** | FamRm: | **11x14 / First** |
| Mstr: | **22x13 / Second** | Bed2: | **12x11 / Second** | Bed3: | **10x14 / Second** | Bed4: | **11x9 / Second** | | |

Level1: **Bath(s) Other, Den, Dining Room, Family Room, Foyer, Garage Entrance, Kitchen, Living Room, Outside Entrance, Powder Room, Entrance Vestibule**
Level2: **4 Or More Bedrooms, Bath Main**
Attic: **Pop Up**

## UTILITIES

| | | | |
|---|---|---|---|
| Heat: | **1 Unit, Forced Hot Air** | Sewer: | **Public Sewer** |
| Cool: | **2 Units, Central Air** | Utilities: | **Gas-Natural** |
| Fuel: | **Gas-Natural** | Water: | **Public Water** |
| Service: | **Cable TV Available** | WtrHt: | **Gas** |

## FINANCIAL INFORMATION / TAX INFORMATION

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Taxes: | **$13,264* / 2022*** | TaxRt: | **5.654* / 2022** | BldAsmt: | **$119,300*** | LndAsmt: | **$115,300*** | TotAsmt: | **$234,600*** |
| Fee: | **$ /** | AppFee: | **$** | FarmAsm: | **No** | HmWrnty: | **No** | OTP: | **Fee Simple** |
| Other: | **$ /** | Easement: | **Unknown /** | | | | | | |

Copyright, Garden State MLS, L.L.C.    **Info. deemed RELIABLE but not GUARANTEED - ALL Room Sizes are Approx.**    ROBERT SIVORI

Passaic* Wayne Twp.* (2514) | 11 Madison St | List Price: $799,000

### Residential Client Full Report



| | | | |
|---|---|---|---|
| MLS#: | **3870348** | Section: | **VALLEY** |
| Status: | **Sold** | ZN: | **RESIDENTIAL** |
| Rms: | **9** | GRS: | **LAFAYETTE** |
| Bdrm: | **4** | MSJR: | **ANTHONY WAYNE** |
| FB: | **2** | HS: | **WAYNE VALLEY** |
| HB: | **1** | Acres: | **0.38*** |
| ZIP: | **07470-2509*** | LtSz: | **.377 AC*** |
| RZIP: | **07470** | SqFt: | **2671** |
| Block: | **1100*** | CLR: | |
| Lot: | **7*** | CL: | **No** |
| Unit #: | | GSMLS.com: | **Yes** |
| Floor #: | | YB/Desc/Ren: | **1964 / Approximate /** |
| Bldg #: | | PSubType: | **Single Family** |
| AgeRestricted: | **No** | Style: | **Colonial, Split Level** |
| Pets: | | | |

| | |
|---|---|
| LP: | **$799,000** |
| OLP: | **$829,000** |
| SP: | **$780,000** |
| LD: | **10/18/2023** |
| FSD: | **10/20/2023** |
| UCD: | **12/15/2023** |
| CD: | **01/26/2024** |
| ADM: | **33** |
| DOM: | **58** |
| SDA: | **Yes** |

**Directions:** **PREAKNESS TO BULLENS TO ADAMS TO MADISON**
**Remarks:** This fabulous Colonial Split home is more than meets the eye. With its spacious interior and fantastic outdoor amenities, it's a wonderful place to come home to. Boasting 4 bedrooms, 2.1 baths, and a host of inviting features, this property is a hidden gem waiting to be discovered. As you step inside, you'll be greeted by the intimateLiving Room featuring a wood burning fireplace, adding warmth and character to the home. The heart of this home is undoubtedly the stunning Kitchen, which is adorned with high-quality quartz countertops, custom cabinetry and a professional-grade range. The adjoining Dining Room is a perfect space to spread out for entertaining. A Great Room that's both cozy and inviting, complete with a gas fireplace. The Great Room offers a picturesque view of the private yard, which is a true oasis. It features a refreshing pool, lush green grass that's perfect for outdoor activities, and a patio designed for entertaining and al fresco dining. On the second floor, you'll find 3 bedrooms and a main bath. The Private Primary Bedroom, on a separate floor boasts a walk-in closet and an en-suite bath. Flexibility to suit your needs, there's a Loft/Bonus/ 5th Bedrm that can be used as a playroom or home office. The finished basement adds to the livable space, featuring a Rec Room and a dedicated laundry area.

### INTERIOR

Applncs: **Carbon Monoxide Detector, Dishwasher, Kitchen Exhaust Fan, Range/Oven-Gas**
Bsmnt: **Yes / Crawl Space, Finished, Partial**
Dine: **Formal Dining Room**
Exclu: **Hot Tub**
FirePl: **2 / Gas Fireplace, Great Room, Living Room, Wood Burning**
Floor: **Laminate, Tile, Wood**

IntFeat: **Carbon Monoxide Detector, High Ceilings, Fire Extinguisher, Smoke Detector, Stall Shower And Tub, Tub Shower, Walk-In Closet**
Kitch: **Breakfast Bar, Eat-In Kitchen**
MastBr: **Full Bath, Walk-In Closet**
MstBath: **Stall Shower, Tub Only**

### EXTERIOR / OTHER FEATURES

Drive: **3 / 1 Car Width, Additional Parking, Blacktop**
Exterior: **Stone, Vinyl Siding**
ExtFeat: **Patio, Underground Lawn Sprinkler, Storage Shed**

Garage: **1 / Attached Garage, Oversize Garage**
LotDesc: **Level Lot**
Pool: **Yes/Heated, In-Ground Pool**
Roof: **Asphalt Shingle**

### ROOM DIMENSIONS

| | | | |
|---|---|---|---|
| LivRm: / **First** | DinRm: / **First** | Kitch: / **First** | Bed4: / **Second** |
| Mstr: / **Third** | Bed2: / **Second** | Bed3: / **Second** | Powder Room: /**First** |
| Loft: /**Third** | Great Room: /**First** | Mud Room: /**First** | |

LevelB: **Laundry Room, Rec Room**
Level1: **Dining Room, Great Room, Kitchen, Living Room, Mud Room, Powder Room**
Level2: **3 Bedrooms, Bath Main**
Level3: **1 Bedroom, Bath(s) Other, Loft**

### UTILITIES

Heat: **Baseboard - Hotwater**
Cool: **Central Air, Multi-Zone Cooling**
Fuel: **Gas-Natural**
Service: **Cable TV Available**

Sewer: **Public Sewer**
Utilities: **Electric, Gas-Natural**
Water: **Public Water**
WtrHt: **Gas**

### FINANCIAL INFORMATION / TAX INFORMATION

| | | | | |
|---|---|---|---|---|
| Taxes: **$15,639*** / **2022*** | TaxRt: **5.654*** / **2022** | BldAsmt: **$174,300*** | LndAsmt: **$102,300*** | TotAsmt: **$276,600*** |
| Fee: **$** / | AppFee: **$** | FarmAsm: | HmWrnty: | OTP: **Fee Simple** |
| Other: **$** / | Easement: **Unknown** / | | | |

Copyright, Garden State MLS, L.L.C.    **Info. deemed RELIABLE but not GUARANTEED - ALL Room Sizes are Approx.**    ROBERT SIVORI