**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP.**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
Email: dstevens@scura.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:* | Case No. 24-16570-VFP |
| **GEORGE MORALES, JR.,** | Chapter 13 |
| Debtor. | Judge: Hon. Vincent F. Papalia |
| | Hearing Date: October 17, 2024, 10:00am |

**CERTIFICATION OF REALTOR IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING AND APPROVING: (I) THE SALE OF REAL PROPERTY; (II) PAYMENT OF PROFESSIONAL FEES FROM SALE PROCEEDS; (III) WAIVING THE FOURTEEN-DAY STAY PURSUANT TO FED. R. BANKR. P. 6004(h); AND (IV) GRANTING SUCH OTHER AND RELATED RELIEF.**

I, Giovanna Meli, being of full age, do hereby certify the following:

1.  I, Giovanna Meli (the "Realtor"), am the retained real estate agent in the above captioned case and as such, am familiar with all facts referenced herein.

2.  I am filing this certification in support of the motion filed by, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP (the "Motion") for an order authorizing the sale of real property located at 34 Boonstra Drive, Wayne, NJ 07470 (the "Property").

3.  On August 19, 2024, this Court entered an Order Authorizing the Retention of Giovannna Meli, allowing me to list and market the Property. See Dkt. 23.

4.  A potential buyer signed a Contract of Sale with the Debtor on August 16, 2024. The contract of sale sets a closing date of October 14, 2024.

5.       The Property has been actively listed on the market for two months. The Property was registered on the central Multiple Listing Service ("MLS"), MLS#24025731, and advertised on 5 websites for real estate sales. I hosted two open houses and over a dozen tours for the Property that resulted in 5 offers total. The Debtor and his spouse picked the highest offer.

6.       The buyer, Lyndia Louissaint-Broady, was not known to the Debtor prior to the introduction through myself.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of these statements are willfully false, I am subject to punishment.

Dated: October 7, 2024                                                                     */s/* Giovanna Meli

                                                                                                     Giovanna Meli