---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th &
Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

**IN RE:**

**GEORGE MORALES, JR.**

**Debtor**

Case No.: 24-16570-VFP

Chapter 13

Hearing Date: 10/17/2024 at 10:00 AM

Judge: Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled     ☐ Withdrawn

Matter: Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC's Motion for Relief from Stay

DATE: 10/15/2024

/s/ Regina Cohen
Signature