UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP.
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
Email: dstevens@scura.com
Counsel for Debtor

Order Filed on October 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
GEORGE MORALES, JR.

Case No.: 24-16570-VFP
Hearing Date: October 17, 2024
Chapter: 13
Judge: Vincent F. Papalia

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: October 18, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the Debtor's motion for authorization to sell the real property commonly known as _____34 Boonstra Drive, Wayne, NJ 07470_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Giovanna Meli (Realtor);  Jonathan D. Sherman (Real Estate Attorney) |
| Amount to be paid: | Giovanna Meli - 4.5% commission; Jonathan D. Sherman - $1,950 |
| Services rendered: | Realtor marketed the Property for sale and procured contract for sale. Real Estate Attorney reviewed contract of sale and represented Debor in the sale transaction. |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $___27,900.00___ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:  Tax liens held by the State of New Jersey and the Internal Revenue Service shall be a paid from Debtor's 50% share of sale proceeds without contribution from non-debtor spouse.

*rev.1/12/22*

3