UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
David L. Stevens, Esq.
973-554-9801
Fax : 973-696-8571
Email: dstevens@scura.com
Counsel for Debtor

In Re:

George Morales, Jr.,

Debtor

Case No.: 24-16570
Chapter: 13
Adv. No.:
Hearing Date:
Judge: VFP

# CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for SWHS&C, LLP, who represents Debtor in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On October 22, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Granting Motion To Sell re: 34 Boonstra Drive, Wayne, NJ 07470. (Dkt.51)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 22, 2024        /s/ Silvia Pereyra
                              Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Ch. 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| George Morales, Jr.<br>34 Boonstra Drive<br>Wayne, NJ 07470 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Flagstar Bank (Lakeview)<br>Attn: President/CEO/Officer of the Institution<br>5151 Corporate Drive,<br>Troy, MI 48098 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| KML Law Group, PC<br>Attn: Denise E. Carlon, Esq.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Secured Creditor/Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State ofNew Jersey,<br>Division of Taxation<br>Compliance and Enforcement -<br>Bankruptcy Unit 3 John Fitch Way,<br>5th Floor, Po box 245,<br>Trenton, NJ 08695 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Office of the Attorney General<br>New Jersey Attorney General Office<br>Division ofLaw<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 | Counsel for Creditor State of New Jersey, Division of Taxation | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| U.S. Department of Housing and Urban Development<br>451 Seventh Street SW,<br>Washington, DC 20410 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| United States Attorney<br>United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | Counsel for Secured Creditor U.S. Department of Housing and Urban Development | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Attorney General<br>Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | Counsel for Secured Creditor U.S. Department of Housing and Urban Development | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Jonathan D. Sherman, Esq.<br>Ansell Grimm & Aaron, PC<br>365 Rifle Camp Rd<br>Woodland Park, New Jersey 07424 | Real Estate Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Susan Long<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102 | Counsel for Veronica Morales / Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Lyndia Louissaint-Broady<br>854A Kennedy Blvd.<br>Bayonne, NJ 07002 | Prospective Purchaser | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Giovanna Meli<br>Coldwell Banker Realty<br>1410 Valley Road<br>Wayne, NJ 07470 | Real Estate Broker | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Wells Fargo Auto<br>Attn: President/CEO/Officer of the Institution<br>420 Montgomery Street<br>San Francisco, CA 94104 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Lavin, O'Neil, Ricci, Cedrone & DiSipio<br>Attn: Regina Cohen, Esq.<br>1300 Route 73, Suite 307 | Counsel for Creditor Bridgecrest/Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Xiomara Morales<br>3600 Bailey Avenue Apt. 2F,<br>Bronx, NY 10463 | Creditor /Domestic Support Obligation | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| NYS Dept. Taxation & Finance Bankruptcy/ Special Procedures Section P.O. Box 5300, Albany, NY 12205 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| Internal Revenue Service P.O. Box 7346, Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| Affirm Inc 650 California Street Floor 12, San Francisco, CA 94108 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| Apple Card/ Goldman Sachs Bank USA Lockbox 6112 Po Box 7247, Philadelphia, PA 19170 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Artistic Jewelers Inc.<br>305 Northwest Drive,<br>Farmingdale, NY 11735 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Barclays Bank Delaware<br>1007 N Orange St,<br>Wilmington, DE 19801 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Capital One Bank<br>Po Box 85064,<br>Glen Allen, VA 23058 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Citibank North America<br>Attn: President/CEO/Officer of the Institution<br>50 NW Point Blvd.,<br>Elk Grove Village, IL 60007 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Discover Financial Services<br>Attn: President/CEO/Officer of the Institution<br>Po Box 15316,<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Goldman Sachs And Co.<br>Attn: President/CEO/Registered Agent<br>Po Box 70321,<br>Philadelphia, PA 19176 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Jefferson Capital SystAttn: President/CEO/Registered Agent<br>16 Mcleland Rd,<br>Saint Cloud, MN 56303 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Lvnv Funding Llc<br>Attn: President/CEO/Registered Agent<br>Po Box 10497,<br>Greenville, SC 29603 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Macy's Credit Card Services<br>9111 Duke Blvd.,<br>Mason, OH 45040 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Net Credit<br>175 W Jackson Blvd Suite 1000,<br>Chicago, IL 60604 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| New York State Thruway Authority<br>200 Southern Blvd,<br>Albany, NY 12209<br><br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 659443<br>San Antonio, TX 78265 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| OneMain Financial Group, LLC<br>700 Plaza Drive Suite 211,<br>Secaucus, NJ 07094 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TD Bank/ Target Card<br>Attn: President/CEO/Officer of the Institution<br>Po Box 673,<br>Minneapolis, MN 55440 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| TD Retail Card Services/<br>Nordictrack Fin<br>Attn: President/CEO/Officer of the Institution<br>1000 Macarthur Bvld.,<br>Mahwah, NJ 07430 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Tolls by Mail Payment Processing Center<br>P.O. Box 15183,<br>Albany, NY 12212 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Upgrade<br>Attn: President/CEO/Registered Agent<br>275 Battery Street, 23rd Floor, San Francisco, CA 94111 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Upstart<br>Attn: President/CEO/Registered Agent<br>2950 S Delaware Street,<br>San Mateo, CA 94403 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Wells Fargo Card Services<br>Attn: President/CEO/Officer of the Institution<br>Po Box 3696,<br>Portland, OR 97208 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |