| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Scura, Wigfield, Heyer<br>Stevens & Cammarotta, LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br>Tel.: 973-696-8391<br>David L Stevens, Esq.<br>dstevens@scura.com<br>Counsel for Debtor. | Case No.: 24-16570<br>Chapter: 7 |
| In Re:<br>George Morales, Jr.,<br>Debtor. | Adv. No.:<br>Hearing Date:<br>Judge: VFP |

## CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for SWHS&C, LLP, who represents Debtor in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On November 15, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Voluntary Conversion to Chapter 7 and Proposed Order (Dk.59)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 15, 2024          /s/ Silvia Pereyra
                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie−Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004−1550 | Former Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| George Morales, Jr.<br>34 Boonstra Drive<br>Wayne, NJ 07470 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Maria A. Giammona<br>Maria A. Giammona Law, LLC.<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Special Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| AIS Portfolio Services, LLC<br>Attn: Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Regina Cohen<br>Lavin, O'Neil, Ricci, Cedrone & DiSipio<br>1300 Route 73<br>Suite 307<br>Mount Laurel, NJ 08054 | Counsel for Creditor Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC / Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Lakeview Loan Servicing, LLC<br>P.O. Box 619063<br>Dallas, TX 75261<br><br>Flagstar Bank<br>5151 Corporate Drive,<br>Troy, MI 48098 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Secured Creditor Lakeview Loan Servicing, LLC / Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Giovanna Meli<br>Coldwell Banker Realty<br>1410 Valley Road<br>Wayne, NJ 07470 | Real Estate Broker | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Susan Long<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102 | Counsel for Creditor Veronica Morales / Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Wells Fargo Bank N.A.,<br>d/b/a Wells Fargo Auto<br>PO Box 169005<br>Irving, TX 75016 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Affirm Inc<br>633 Folsom Street, Floor 7<br>San Francisco, CA 94107 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bridgecrest<br>7300 E Hampton Ave Suite 101,<br>Mesa, AZ 85209 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| State of New Jersey,<br>Division of Taxation<br>Compliance and Enforcement -<br>Bankruptcy Unit 3 John Fitch Way,<br>5th Floor, Po box 245,<br>Trenton, NJ 08695 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Department of Housing and Urban Development<br>451 Seventh Street SW,<br>Washington, DC 20410 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Attorney General United States Department of Justice -<br>Ben Franklin Station<br>P.O. Box 683, Washington DC 20044<br><br>United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | Notice Only | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wells Fargo Auto<br>Po Box 71092,<br>Charlotte, NC 28272 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Xiomara Morales<br>3600 Bailey Avenue Apt. 2F,<br>Bronx, NY 10463 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| NYS Dept. Taxation & Finance Bankruptcy/Special Procedures Section P.O. Box 5300,<br>Albany, NY 12205 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Internal Revenue Service<br>P.O. Box 7346,<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Apple Card/<br>Goldman Sachs Bank USA<br>Lockbox 6112<br>Po Box 7247,<br>Philadelphia, PA 19170 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Artistic Jewelers Inc.<br>305 Northwest Drive,<br>Farmingdale, NY 11735 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Barclays Bank Delaware<br>1007 N Orange St,<br>Wilmington, DE 19801 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Capital One Bank<br>1680 Capital One Drive,<br>McLean, VA 22102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citibank North America<br>388 Greenwich St,,<br>New York, NY 10013 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Discover Financial Services<br>Po Box 15316,<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Goldman Sachs And Co.<br>Po Box 70321,<br>Philadelphia, PA 19176 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jefferson Capital Syst<br>200 14th Ave E,<br>Sartell, MN 56377 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lvnv Funding Llc<br>Po Box 10497,<br>Greenville, SC 29603 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Macy's Credit Card Services<br>9111 Duke Blvd.,<br>Mason, OH 45040 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Net Credit<br>175 W Jackson Blvd Suite 1000,<br>Chicago, IL 60604 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| New York State Thruway Authority<br>200 Southern Blvd,<br>Albany, NY 12209<br><br>Linebarger Goggan Blair<br>& Sampson, LLP<br>P.O. Box 659443<br>San Antonio, TX 78265 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| OneMain Financial Group, LLC<br>700 Plaza Drive Suite 211,<br>Secaucus, NJ 07094 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| TD Bank/ Target Card<br>Po Box 673,<br>Minneapolis, MN 55440<br><br>TD Retail Card Services/<br>Nordictrack Fin<br>P.O. Box 731,<br>Mahwah, NJ 07430 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Tolls by Mail Payment Processing Center<br>P.O. Box 15183,<br>Albany, NY 12212 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Upgrade<br>275 Battery Street, 23rd Floor,<br>San Francisco, CA 94111<br><br>Wells Fargo Card Services<br>Po Box 3696,<br>Portland, OR 97208 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*