| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | George Morales Jr. | Social Security number or ITIN: | xxx–xx–8435 |
| | First Name   Middle Name   Last Name | EIN: | __–_____ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: EIN: | ____  __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   6/28/24 |
| Case number: | 24–16570–VFP | Date case converted to chapter: | 7   11/15/24 |

## Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | George Morales Jr. | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 34 Boonstra Drive<br>Wayne, NJ 07470 | |
| 4. | Debtor's attorney<br>Name and address | David L. Stevens<br>Scura, Wigfield, Heyer & Stevens<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Contact phone 973–696–8391<br>Email: dstevens@scura.com |
| 5. | Bankruptcy trustee<br>Name and address | Charles M. Forman<br>Forman Holt<br>365 West Passaic St.<br>Suite 400<br>Rochelle Park, NJ 07662 | Contact phone 201–845–1000 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 973–645–4764<br><br>Date: 11/18/24 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **December 20, 2024 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Enter Meeting ID 476 107 0603, Click on JOIN using passcode 1458518793, or call 1–551–368–5949**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 2/18/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court
District of New Jersey

In re:  
George Morales, Jr.  
    Debtor

Case No. 24-16570-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 18, 2024      Form ID: 309A      Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George Morales, Jr., 34 Boonstra Drive, Wayne, NJ 07470-2528 |
| aty | + | Jamal J Romero, Scura, Wigfield, Heyer, Stevens & Cammar, 1599 Hamburg turnpike, wayne, Wayne, NJ 07470-4093 |
| aty | + | Maria A. Giammona, Maria A. Giammona Law, LLC., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| aty | + | Paul Evangelista, Scura, Wigfield, Heyer, Stevens & Cammar, 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| 520317413 | + | Artistic Jewelers Inc., 305 Northwest Drive, Farmingdale, NY 11735-4935 |
| 520317414 | + | Attorney General United States Department of, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 520317429 | | New York State Thruway Authority, 14 Executive Blvd, Ste. 400, Suffern, NY 10901 |
| 520317432 | + | OneMain Financial Group, LLC, 700 Plaza Drive, Suite 211, Secaucus, NJ 07094-3604 |
| 520317433 | + | Pioneer Credit Recovery, Inc., P.O. Box 1018, Moorestown, NJ 08057-0018 |
| 520317442 | + | Veronica Morales, 34 Boonstra Drive, Wayne, NJ 07470-2528 |
| 520317445 | + | Xiomara Morales, 3600 Bailey Avenue, Apt. 2F, Bronx, NY 10463-4253 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dstevens@scura.com | Nov 18 2024 20:46:00 | David L. Stevens, Scura, Wigfield, Heyer & Stevens, 1599 Hamburg Turnpike, Wayne, NJ 07470 |
| tr | + | Email/Text: charles.forman@txitrustee.com | Nov 18 2024 20:46:00 | Charles M. Forman, Forman Holt, 365 West Passaic St., Suite 400, Rochelle Park, NJ 07662-3005 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520317410 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 18 2024 20:49:53 | Affirm Inc, 633 Folsom Street, Floor 7, San Francisco, CA 94107-3618 |
| 520333768 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2024 20:49:15 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520317412 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 18 2024 20:47:00 | Apple Card/Goldman Sachs Bank USA, Lockbox 6112, Po Box 7247, Philadelphia, PA 19170-0001 |
| 520317415 | + | EDI: TSYS2 | Nov 19 2024 01:36:00 | Barclays Bank Delaware, 1007 N Orange St, Wilmington, DE 19801-1239 |
| 520317416 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 18 2024 20:48:00 | Bridgecrest, 1030 North Colorado Street, Gilbert, AZ 85233-2288 |
| 520321416 | + | EDI: AISACG.COM | Nov 19 2024 01:36:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520317417 | | EDI: CAPITALONE.COM | | |

Case 24-16570-VFP    Doc 64    Filed 11/20/24    Entered 11/21/24 00:16:37    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2024 | Form ID: 309A | Total Noticed: 61 |

| | | | |
|---|---|---|---|
| | | Nov 19 2024 01:36:00 | Capital One Bank, Po Box 85064, Glen Allen, VA 23058 |
| 520327405 | + EDI: AIS.COM | | |
| | | Nov 19 2024 01:36:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520331864 | + EDI: AISACG.COM | | |
| | | Nov 19 2024 01:36:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520332534 | EDI: CITICORP | | |
| | | Nov 19 2024 01:36:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520317418 | + EDI: CITICORP | | |
| | | Nov 19 2024 01:36:00 | Citibank North America, 50 NW Point Blvd., Elk Grove Village, IL 60007-1032 |
| 520317419 | EDI: DISCOVER | | |
| | | Nov 19 2024 01:36:00 | Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 520317427 | EDI: CITICORP | | |
| | | Nov 19 2024 01:36:00 | Macy's Credit Card Services, 9111 Duke Blvd., Mason, OH 45040 |
| 520323144 | EDI: DISCOVER | | |
| | | Nov 19 2024 01:36:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520317420 | + Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | Nov 18 2024 20:48:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520374763 | + Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | Nov 18 2024 20:48:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520317421 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Nov 18 2024 20:47:00 | Goldman Sachs And Co., Po Box 70321, Philadelphia, PA 19176-0321 |
| 520317422 | + EDI: IRS.COM | | |
| | | Nov 19 2024 01:36:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520317423 | EDI: JEFFERSONCAP.COM | | |
| | | Nov 19 2024 01:36:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 520355987 | EDI: JEFFERSONCAP.COM | | |
| | | Nov 19 2024 01:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520333512 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Nov 18 2024 20:49:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520317424 | ^ MEBN | | |
| | | Nov 18 2024 20:41:46 | Lakeview, P.O. Box 619063, Dallas, TX 75261-9063 |
| 520317425 | + Email/Text: sacc1-docs@lgbs.com | | |
| | | Nov 18 2024 20:47:00 | Linebarger Goggan Blair & Sampson, LLP, P.O. Box 659443, San Antonio, TX 78265-9443 |
| 520317426 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Nov 18 2024 20:49:16 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 520373539 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Nov 18 2024 20:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520317430 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | Nov 18 2024 20:48:00 | NYS Assessment Receivables, P.O. Box 4127, Binghamton, NY 13902-4127 |
| 520317431 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | Nov 18 2024 20:48:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 520317428 | + Email/Text: netcreditbnc@enova.com | | |
| | | Nov 18 2024 20:48:07 | Net Credit, 200 W Jackson Blvd Ste 2400, Chicago, IL 60606-6941 |
| 520342728 | EDI: PRA.COM | | |
| | | Nov 19 2024 01:36:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520384927 | EDI: Q3G.COM | | |
| | | Nov 19 2024 01:36:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520375565 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Nov 18 2024 20:46:00 | State of New Jersey, Division of Taxation, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520317434 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 18 2024 20:46:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520383851 | | Email/Text: bncmail@w-legal.com | Nov 18 2024 20:47:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520317435 | + | EDI: WTRRNBANK.COM | Nov 19 2024 01:36:00 | TD Bank/ Target Card, Po Box 673, Minneapolis, MN 55440-0673 |
| 520339864 | + | EDI: CBSTDR | Nov 19 2024 01:36:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520317436 | + | EDI: TDBANKNORTH.COM | Nov 19 2024 01:36:00 | TD Retail Card Services/Nordictrack Fin, 1000 Macarthur Bvld., Mahwah, NJ 07430-2035 |
| 520317437 | ^ | MEBN | Nov 18 2024 20:42:26 | Tolls by Mail Payment Processing Center, P.O. Box 15183, Albany, NY 12212-5183 |
| 520317438 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 18 2024 20:49:12 | U.S. Department of Housing and Urban Developm, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 520317440 | | Email/Text: bknotice@upgrade.com | Nov 18 2024 20:46:00 | Upgrade, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 520321702 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 18 2024 20:49:12 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520317439 | + | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2024 20:48:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 520317441 | + | EDI: LCIUPSTART | Nov 19 2024 01:36:00 | Upstart, 2950 S Delaware Street, San Mateo, CA 94403-2577 |
| 520317443 | + | EDI: WFFC2 | Nov 19 2024 01:36:00 | Wells Fargo Auto, Po Box 71092, Charlotte, NC 28272-1092 |
| 520324828 | + | EDI: WFFC2 | Nov 19 2024 01:36:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 520367581 | | EDI: WFFC2 | Nov 19 2024 01:36:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520317444 | + | EDI: WFFC2 | Nov 19 2024 01:36:00 | Wells Fargo Card Services, Po Box 3696, Portland, OR 97208-3696 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520317411 | *+ | Affirm Inc., 633 Folsom Street, Floor 7, San Francisco, CA 94107-3618 |
| 520374790 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2024 | Form ID: 309A | Total Noticed: 61 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

**Name**  **Email Address**

Charles M. Forman
cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

David L. Stevens
on behalf of Debtor George Morales  Jr. dstevens@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jamal J Romero
on behalf of Debtor George Morales  Jr. jromero@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com

Marie-Ann Greenberg
magecf@magtrustee.com

Paul Evangelista
on behalf of Debtor George Morales  Jr. pevangelista@scura.com, pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com

Regina Cohen
on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC rcohen@lavin-law.com, mmalone@lavin-law.com

Susan Long
on behalf of Creditor Veronica Morales slong@genovaburns.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9