| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>George Morales, Jr.,<br><br>Debtor. | Case No.: 24-16570<br>Adversary No.: _____<br>Chapter: 7<br>Judge: VFP |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: George Morales, Jr., Debtor.
(Example: John Smith, creditor)

Old address: 34 Boonstra Drive
Wayne, NJ 07470

New address: 78-102 Washington Avenue
Apt# 517
Belleville, NJ 07109

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 11/21/2024                    /s/ George Morales
                                    Signature

*rev.8/1/2021*