| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Proposed Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Charles M. Forman<br>cforman@formanlaw.com | |
| In Re:<br><br>GEORGE MORALES, JR.,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 24-16570 (VFP)<br><br>Judge: Hon. Vincent F. Papalia |

## AMENDED CERTIFICATION OF SERVICE

1. I, Tania Marienthal:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the legal assistant/paralegal for Charles M. Forman, who represents the Trustee in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On January 21, 2025 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Application for Retention of Formanlaw LLC d/b/a Forman Holt as Attorneys for Trustee;
   Certification of Charles M. Forman in Support; and
   Proposed Form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  January 21, 2025                        /s/ Tania Marienthal
                                                 Tania Marienthal

{F0238665 - 1}

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| George Morales, Jr.<br>78-102 Washington Ave., Apt. 517<br>Belleville, NJ 07109 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Jamal Romero, Esq.<br>Scura, Wigfield, Heyer, Stevens & Cramer<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Amitkumar Sharma<br>AIS Portfolio Services, LLC<br>4515 N. Sante Fe Ave., Dept. APS<br>Oklahoma City, OK 73118 | Claims Processor for Bridgecrest Credit Company, LLC, as Agent for Carvana, LLC | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for Lakeview Loan Servicing, LLC | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Susan S. Long, Esq.<br>Genova Burns LLC<br>1494 Broad Street<br>Newark, NJ 07102 | Attorney for Veronica Morales | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |

{F0238665 - 1}

| Name & Address | Relationship | Mode of Service |
|---|---|---|
| State of New Jersey, Division of Taxation<br>Compliance and Enforcement<br>Bankruptcy Unit<br>3 John Fitch Way, 5th Floor<br>PO Box 245<br>Trenton, NJ 08695 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| U.S. Department of Housing and Urban Development<br>451 Seventh Street, SW<br>Washington, DC 20410 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Wells Fargo Auto<br>PO Box 71092<br>Charlotte, NC 28272 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Attorney General, United States Department of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |

{F0238665 - 1}

| | | |
|---|---|---|
| Lakeview<br>PO Box 619063<br>Dallas, TX 75261 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |

{F0238665 - 1}

{F0238665 - 1}