| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Proposed Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Charles M. Forman<br>cforman@formanlaw.com | Order Filed on January 23, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>GEORGE MORALES, JR.,<br><br>                        Debtor. | Chapter 7<br><br>Case No. 24-16570(VFP)<br><br>Judge: Vincent F. Papalia |

### ORDER AUTHORIZING RETENTION OF
### FORMAN HOLT AS ATTORNEYS FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 23, 2025**

_____

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

{F0237800 - 1}

Page 2
Debtor:     George Morales, Jr.
Case No.    24-16570 (VFP)
Caption:    Order Authorizing Retention of Forman Holt as Attorneys for Trustee

_____

Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as attorneys for Trustee, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted. The professional's address is: 365 West Passaic Street, Suite 400

   Rochelle Park, New Jersey 07662

1. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

3. The effective date of the retention is the date the application was filed with the Court.

{F0237800 - 1}