| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on March 18, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Charles M. Forman<br>cforman@formanlaw.com | |
| In Re:<br><br>GEORGE MORALES, JR.,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 24-16570 (VFP)<br><br>Judge: Vincent F. Papalia |

**CONSENT ORDER EXTENDING THE**
**TIME TO OBJECT TO DEBTOR'S DISCHARGE**

      The relief set forth on the following pages, numbered two (2) be and hereby is **ORDERED**.

**DATED: March 18, 2025**

                                                                          _____
                                                                         **Honorable Vincent F. Papalia**
                                                                         **United States Bankruptcy Judge**

F0243672 - 1

Page 2
Debtors:     George Morales, Jr.
Case No.:    24-16570 (VFP)
Caption:     Consent Order Further Extending Time to Object to Debtor's Discharge

**THIS MATTER,** having been brought before the court upon the application of Charles M. Forman, chapter 7 trustee for the estate of George Morales, Jr. (the "Debtor"), through his attorneys, Forman Holt, for the entry of a consent order extending the time to object to the Debtor's discharge pursuant to 11 U.S.C. §727; and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

**ORDERED** that the deadline to file a complaint objecting to Debtor's discharge under 11 U.S.C. § 727 shall be and is hereby extended to and including May 19, 2025, without prejudice to apply to the Court for further extensions.

The undersigned consent to the
form and entry of this Order.

| | |
|---|---|
| SCURA WIGFIELD HEYER STEVENS & CAMMAROTA | FORMAN HOLT |
| Attorneys for Debtor | Attorneys for Trustee |
| By: /s/David Stevens | By: /s/ Charles M. Forman |
| David Stevens, Esq. | Charles M. Forman, Esq. |
| Dated: March 14, 2025 | Dated: March 14, 2025 |

F0243672 - 1