| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on March 18, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:  (201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Charles M. Forman<br>cforman@formanlaw.com | |
| In Re:<br><br>GEORGE MORALES, JR.,<br><br>                Debtor. | Chapter 7<br><br>Case No. 24-16570 (VFP)<br><br>Judge: Vincent F. Papalia |

**CONSENT ORDER EXTENDING THE
TIME TO OBJECT TO DEBTOR'S DISCHARGE**

The relief set forth on the following pages, numbered two (2) be and hereby is **ORDERED**.

**DATED: March 18, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

F0243672 - 1

Page 2

Debtors: George Morales, Jr.
Case No.: 24-16570 (VFP)
Caption: Consent Order Further Extending Time to Object to Debtor's Discharge

**THIS MATTER,** having been brought before the court upon the application of Charles M. Forman, chapter 7 trustee for the estate of George Morales, Jr. (the "Debtor"), through his attorneys, Forman Holt, for the entry of a consent order extending the time to object to the Debtor's discharge pursuant to 11 U.S.C. §727; and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

**ORDERED** that the deadline to file a complaint objecting to Debtor's discharge under 11 U.S.C. § 727 shall be and is hereby extended to and including May 19, 2025, without prejudice to apply to the Court for further extensions.

The undersigned consent to the
form and entry of this Order.

SCURA WIGFIELD HEYER
STEVENS & CAMMAROTA                         FORMAN HOLT
Attorneys for Debtor                                     Attorneys for Trustee


By: _/s/David Stevens_                               By: _/s/ Charles M. Forman_
       David Stevens, Esq.                                    Charles M. Forman, Esq.

Dated: March 14, 2025                              Dated: March 14, 2025

F0243672 - 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16570-VFP |
| George Morales, Jr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | George Morales, Jr., 78-102 Washington Avenue, Apt 517, Belleville, NJ 07109 |
| aty | + | Maria A. Giammona, Maria A. Giammona Law, LLC., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Charles M. Forman
    cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
    on behalf of Trustee Charles M. Forman cforman@formanlaw.com

David L. Stevens
    on behalf of Debtor George Morales  Jr. dstevens@scura.com,
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;vduarte@scura.com

Denise E. Carlon
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jamal J Romero
    on behalf of Debtor George Morales  Jr. jromero@scura.com,

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf903 | Total Noticed: 2 |

dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com

Paul Evangelista

on behalf of Debtor George Morales Jr. pevangelista@scura.com, pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;vduarte@scura.com

Regina Cohen

on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC rcohen@lavin-law.com, mmalone@lavin-law.com

Susan Long

on behalf of Creditor Veronica Morales slong@genovaburns.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9