| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY |
| FORMAN HOLT <br> 365 W. Passaic Street, Suite 400 <br> Rochelle Park, New Jersey 07662 <br> (201) 845-1000 <br> Attorneys for Charles M. Forman Trustee <br> Charles M. Forman, Esq. <br> cforman@formanlaw.com |
| In Re: <br><br> GEORGE MORALES, JR., <br><br> Debtor. |

Case No. 24-16570 (VFP)

Honorable Vincent F. Papalia

Chapter 7

Hearing Date:  June 10, 2025
Hearing Time:  10:00 a.m.

# ADJOURNMENT REQUEST

1.  I, <u>Charles M. Forman</u>

    ☒  am the attorney for: <u>Charles M. Forman, Trustee                                    </u>

    ☐  am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter:<u> Debtor's Opposition to Trustee's Motion for Extension of Time to Object to the Debtor's Discharge [Doc No. 79]                                    </u>

    Current hearing date and time:  <u> June 10, 2025 at 10:00 a.m.                    </u>

    New date requested:<u> June 24, 2025, at 10:00 a.m.                         </u>

    Reason for adjournment request:  <u>Attorney for Trustee has a conflict with the hearing date                                                                                                    </u>

F0253952 - 1

2.     Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: June 6, 2025                          */s/ Charles M. Forman*
                                                    Charles M. Forman

**COURT USE ONLY:**

The request for adjournment is:

☒     Granted                 New hearing date: 6/24/2025 at 10:00am    ☐ Peremptory

☐     Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐     Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

F0253952 - 1                                        2