| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on June 26, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Charles M. Forman<br>cforman@formanlaw.com | |
| In Re:<br><br>GEORGE MORALES, JR.,<br><br>                     Debtor. | Chapter 7<br><br>Case No. 24-16570 (VFP)<br><br>Judge: Vincent F. Papalia |

### ORDER FURTHER EXTENDING THE
### TIME TO OBJECT TO DEBTOR'S DISCHARGE

The relief set forth on the following pages, numbered two (2) be and hereby is **ORDERED**.

**DATED: June 26, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

F0252175 - 1

Page 2
Debtors:         George Morales, Jr.
Case No.:        24-16570 (VFP)
Caption:         Order Further Extending Time to Object to Debtor's Discharge

**THIS MATTER,** having been brought before the court upon the application of Charles M. Forman, chapter 7 trustee for the estate of George Morales, Jr. (the "Debtor"), through his attorneys, Forman Holt, for the entry of an order further extending the time to object to the Debtor's discharge pursuant to 11 U.S.C. §727; and the court having considered the relief requested and for good cause shown, it is hereby

**ORDERED** that the deadline to file a complaint objecting to Debtor's discharge under 11 U.S.C. § 727 shall be and is hereby extended for 30 days from the date of entry of Order to and including July 26, 2025. No further extensions will be granted without the Debtor's written consent.

F0252175 - 1