UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: George Morales, Jr.　　　　　　　　　　Case No.: 24-16570 (VFP)

　　　　　　　　　　　　　　　　　　　　　　Chapter: 7

　　　　　　　　　　　　　　　　　　　　　　Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on August 26, 2025, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 34 Boonstra Drive, Wayne NJ, having a fair market value of $800,000.00.

> Liens on property:
>
> N/A

> Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

*/s/Charles M. Forman*
Charles M. Forman, Trustee
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: (201) 845-1000
Email: cforman@formanlaw.com

F0038623 - 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16570-VFP |
| George Morales, Jr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 23, 2025 | Form ID: pdf905 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | George Morales, Jr., 78-102 Washington Avenue, Apt 517, Belleville, NJ 07109 |
| aty | + | Maria A. Giammona, Maria A. Giammona Law, LLC., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| r | + | Giovanna Meli, Coldwell Banker Realty, 1410 Valley Road, Wayne, NJ 07470-7900 |
| 520317413 | + | Artistic Jewelers Inc., 305 Northwest Drive, Farmingdale, NY 11735-4935 |
| 520317414 | + | Attorney General United States Department of, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 520317429 | | New York State Thruway Authority, 14 Executive Blvd, Ste. 400, Suffern, NY 10901 |
| 520317432 | + | OneMain Financial Group, LLC, 700 Plaza Drive, Suite 211, Secaucus, NJ 07094-3604 |
| 520317433 | + | Pioneer Credit Recovery, Inc., P.O. Box 1018, Moorestown, NJ 08057-0018 |
| 520317442 | + | Veronica Morales, 34 Boonstra Drive, Wayne, NJ 07470-2528 |
| 520317445 | + | Xiomara Morales, 3600 Bailey Avenue, Apt. 2F, Bronx, NY 10463-4253 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | ^ MEBN | Jul 23 2025 21:02:23 | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 23 2025 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 23 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 23 2025 21:17:23 | AIS Portfolio Services, LLC, Attn: Bridgecrest Acceptance Corporation, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 23 2025 21:29:41 | Bridgecrest Credit Company, LLC as Servicer for Ca, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520317410 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 23 2025 21:18:15 | Affirm Inc, 633 Folsom Street, Floor 7, San Francisco, CA 94107-3618 |
| 520333768 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2025 21:18:11 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520317412 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 23 2025 21:03:00 | Apple Card/Goldman Sachs Bank USA, Lockbox 6112, Po Box 7247, Philadelphia, PA 19170-0001 |
| 520317415 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 23 2025 21:03:00 | Barclays Bank Delaware, 1007 N Orange St, Wilmington, DE 19801-1239 |
| 520317416 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 23 2025 21:04:00 | Bridgecrest, 1030 North Colorado Street, Gilbert, AZ 85233-2288 |
| 520321416 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 23 2025 21:18:30 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 24-16570-VFP    Doc 85    Filed 07/25/25    Entered 07/26/25 00:20:21    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2025 | Form ID: pdf905 | Total Noticed: 61 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 520317417 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 23 2025 21:29:41 | Capital One Bank, Po Box 85064, Glen Allen, VA 23058 |
| 520327405 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 23 2025 21:17:36 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520331864 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 23 2025 21:29:18 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520332534 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2025 21:29:10 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520317418 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2025 21:29:17 | Citibank North America, 50 NW Point Blvd., Elk Grove Village, IL 60007-1032 |
| 520317419 | | Email/Text: mrdiscen@discover.com | Jul 23 2025 21:03:00 | Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 520317427 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2025 21:39:50 | Macy's Credit Card Services, 9111 Duke Blvd., Mason, OH 45040 |
| 520323144 | | Email/Text: mrdiscen@discover.com | Jul 23 2025 21:03:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520317420 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2025 21:03:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520374763 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2025 21:03:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520317421 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 23 2025 21:03:00 | Goldman Sachs And Co., Po Box 70321, Philadelphia, PA 19176-0321 |
| 520317422 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 23 2025 21:03:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520317423 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 23 2025 21:04:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 520355987 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 23 2025 21:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520333512 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2025 21:18:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520317424 | ^ | MEBN | Jul 23 2025 21:02:15 | Lakeview, P.O. Box 619063, Dallas, TX 75261-9063 |
| 520317425 | + | Email/Text: sacc1-docs@lgbs.com | Jul 23 2025 21:03:00 | Linebarger Goggan Blair & Sampson, LLP, P.O. Box 659443, San Antonio, TX 78265-9443 |
| 520317426 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2025 21:29:18 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 520373539 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2025 21:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520317430 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 23 2025 21:04:00 | NYS Assessment Receivables, P.O. Box 4127, Binghamton, NY 13902-4127 |
| 520317431 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 23 2025 21:04:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 520317428 | + | Email/Text: netcreditbnc@enova.com | Jul 23 2025 21:04:21 | Net Credit, 200 W Jackson Blvd Ste 2400, Chicago, IL 60606-6941 |
| 520342728 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 23 2025 21:17:59 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520384927 | | Email/Text: bnc-quantum@quantum3group.com | Jul 23 2025 21:04:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520375565 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 23 2025 21:03:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520317434 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 23 2025 21:03:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520383851 | | Email/Text: bncmail@w-legal.com | Jul 23 2025 21:03:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520317435 | + | Email/Text: bncmail@w-legal.com | Jul 23 2025 21:03:00 | TD Bank/ Target Card, Po Box 673, Minneapolis, MN 55440-0673 |
| 520339864 | + | Email/Text: tdebn@credbankserv.com | Jul 23 2025 21:03:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520317436 | + | Email/Text: bankruptcy@td.com | Jul 23 2025 21:04:00 | TD Retail Card Services/Nordictrack Fin, 1000 Macarthur Bvld., Mahwah, NJ 07430-2035 |
| 520317437 | ^ | MEBN | Jul 23 2025 21:03:32 | Tolls by Mail Payment Processing Center, P.O. Box 15183, Albany, NY 12212-5183 |
| 520317438 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 23 2025 21:18:40 | U.S. Department of Housing and Urban Developm, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 520317440 | | Email/Text: bknotice@upgrade.com | Jul 23 2025 21:03:00 | Upgrade, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 520321702 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 23 2025 21:18:40 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520317439 | + | Email/Text: usanj.njbankr@usdoj.gov | Jul 23 2025 21:04:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 520317441 | + | Email/Text: LCI@upstart.com | Jul 23 2025 21:03:00 | Upstart, 2950 S Delaware Street, San Mateo, CA 94403-2577 |
| 520317443 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 23 2025 21:18:56 | Wells Fargo Auto, Po Box 71092, Charlotte, NC 28272-1092 |
| 520324828 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 23 2025 21:40:09 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 520367581 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 23 2025 21:29:44 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520317444 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 23 2025 21:29:25 | Wells Fargo Card Services, Po Box 3696, Portland, OR 97208-3696 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520317411 | *+ | Affirm Inc., 633 Folsom Street, Floor 7, San Francisco, CA 94107-3618 |
| 520374790 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2025       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com |
| David L. Stevens | on behalf of Debtor George Morales Jr. dstevens@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor George Morales Jr. jromero@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com |
| Paul Evangelista | on behalf of Debtor George Morales Jr. pevangelista@scura.com, pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;vduarte@scura.com |
| Regina Cohen | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC rcohen@lavin-law.com |
| Susan Long | on behalf of Creditor Veronica Morales slong@genovaburns.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9