Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  24–16570–VFP
    Chapter:  7
    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   George Morales Jr.
   78–102 Washington Avenue
   Apt 517
   Belleville, NJ 07109

Social Security No.:
   xxx–xx–8435

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I <u>Christopher Browne</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Real property located at 34 Boonstra Drive, Wayne NJ, having a fair market value of $800,000.00.

Dated: August 20, 2025
JAN:

                                            Jeanne Naughton
                                            Clerk