| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | George Morales Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8435<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   24–16570–VFP | | |

## Order of Discharge                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

George Morales Jr.

12/5/25                                           **By the court:** Vincent F. Papalia
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 24-16570-VFP

George Morales, Jr.                                                                                      Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                       User: admin                                         Page 1 of 4

Date Rcvd: Dec 05, 2025                          Form ID: 318                                   Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | George Morales, Jr., 78-102 Washington Avenue, Apt 517, Belleville, NJ 07109 |
| aty | + | Maria A. Giammona, Maria A. Giammona Law, LLC., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| r | + | Giovanna Meli, Coldwell Banker Realty, 1410 Valley Road, Wayne, NJ 07470-7900 |
| 520317413 | + | Artistic Jewelers Inc., 305 Northwest Drive, Farmingdale, NY 11735-4935 |
| 520317414 | + | Attorney General United States Department of, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 520317429 | | New York State Thruway Authority, 14 Executive Blvd, Ste. 400, Suffern, NY 10901 |
| 520317432 | + | OneMain Financial Group, LLC, 700 Plaza Drive, Suite 211, Secaucus, NJ 07094-3604 |
| 520317433 | + | Pioneer Credit Recovery, Inc., P.O. Box 1018, Moorestown, NJ 08057-0018 |
| 520317442 | + | Veronica Morales, 34 Boonstra Drive, Wayne, NJ 07470-2528 |
| 520317445 | + | Xiomara Morales, 3600 Bailey Avenue, Apt. 2F, Bronx, NY 10463-4253 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Dec 05 2025 20:41:50 | Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| tr | + | Email/Text: charles.forman@txitrustee.com | Dec 05 2025 20:42:00 | Charles M. Forman, Forman Holt, 365 West Passaic St., Suite 400, Rochelle Park, NJ 07662-3005 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 05 2025 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 05 2025 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Dec 06 2025 01:30:00 | AIS Portfolio Services, LLC, Attn: Bridgecrest Acceptance Corporation, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Dec 06 2025 01:30:00 | Bridgecrest Credit Company, LLC as Servicer for Ca, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520317410 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 05 2025 21:01:40 | Affirm Inc, 633 Folsom Street, Floor 7, San Francisco, CA 94107-3618 |
| 520333768 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2025 21:01:26 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520317412 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 05 2025 20:43:00 | Apple Card/Goldman Sachs Bank USA, Lockbox 6112, Po Box 7247, Philadelphia, PA 19170-0001 |
| 520317415 | + | EDI: TSYS2 | Dec 06 2025 01:30:00 | Barclays Bank Delaware, 1007 N Orange St, Wilmington, DE 19801-1239 |
| 520317416 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 05 2025 20:44:00 | Bridgecrest, 1030 North Colorado Street, Gilbert, AZ 85233-2288 |

| | | | | |
|---|---|---|---|---|
| 520321416 | + | EDI: AISACG.COM | Dec 06 2025 01:30:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520317417 | | EDI: CAPITALONE.COM | Dec 06 2025 01:30:00 | Capital One Bank, Po Box 85064, Glen Allen, VA 23058 |
| 520327405 | + | EDI: AIS.COM | Dec 06 2025 01:30:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520331864 | + | EDI: AISACG.COM | Dec 06 2025 01:30:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520332534 | | EDI: CITICORP | Dec 06 2025 01:30:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520317418 | + | EDI: CITICORP | Dec 06 2025 01:30:00 | Citibank North America, 50 NW Point Blvd., Elk Grove Village, IL 60007-1032 |
| 520317419 | | EDI: DISCOVER | Dec 06 2025 01:30:00 | Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 520317427 | | EDI: CITICORP | Dec 06 2025 01:30:00 | Macy's Credit Card Services, 9111 Duke Blvd., Mason, OH 45040 |
| 520323144 | | EDI: DISCOVER | Dec 06 2025 01:30:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520317420 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2025 20:43:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520374763 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2025 20:43:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520317421 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 05 2025 20:43:00 | Goldman Sachs And Co., Po Box 70321, Philadelphia, PA 19176-0321 |
| 520317422 | + | EDI: IRS.COM | Dec 06 2025 01:30:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520317423 | | EDI: JEFFERSONCAP.COM | Dec 06 2025 01:30:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 520355987 | | EDI: JEFFERSONCAP.COM | Dec 06 2025 01:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520333512 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2025 21:01:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520317424 | ^ | MEBN | Dec 05 2025 20:40:09 | Lakeview, P.O. Box 619063, Dallas, TX 75261-9063 |
| 520317425 | + | Email/Text: sacc1-docs@lgbs.com | Dec 05 2025 20:43:00 | Linebarger Goggan Blair & Sampson, LLP, P.O. Box 659443, San Antonio, TX 78265-9443 |
| 520317426 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2025 21:01:26 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 520373539 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2025 20:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520317430 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 05 2025 20:44:00 | NYS Assessment Receivables, P.O. Box 4127, Binghamton, NY 13902-4127 |
| 520317431 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 05 2025 20:44:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 520317428 | + | Email/Text: netcreditbnc@enova.com | Dec 05 2025 20:44:00 | Net Credit, 200 W Jackson Blvd Ste 2400, Chicago, IL 60606-6941 |
| 520342728 | | EDI: PRA.COM | Dec 06 2025 01:30:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520384927 | | EDI: Q3G.COM | | |

Case 24-16570-VFP   Doc 90   Filed 12/07/25   Entered 12/08/25 00:18:25   Desc Imaged
                         Certificate of Notice   Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 05, 2025 | Form ID: 318 | Total Noticed: 62 |

| Recip ID | Bypass | Notice Type / Address Info | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 06 2025 01:30:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520375565 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 05 2025 20:42:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520317434 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 05 2025 20:42:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520383851 | | Email/Text: bncmail@w-legal.com | Dec 05 2025 20:43:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520317435 | + | EDI: WTRRNBANK.COM | Dec 06 2025 01:30:00 | TD Bank/ Target Card, Po Box 673, Minneapolis, MN 55440-0673 |
| 520339864 | + | EDI: CBSTDR | Dec 06 2025 01:30:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520317436 | + | EDI: TDBANKNORTH.COM | Dec 06 2025 01:30:00 | TD Retail Card Services/Nordictrack Fin, 1000 Macarthur Bvld., Mahwah, NJ 07430-2035 |
| 520317437 | ^ | MEBN | Dec 05 2025 20:41:27 | Tolls by Mail Payment Processing Center, P.O. Box 15183, Albany, NY 12212-5183 |
| 520317438 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 05 2025 21:01:03 | U.S. Department of Housing and Urban Developm, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 520317440 | | Email/Text: bknotice@upgrade.com | Dec 05 2025 20:42:00 | Upgrade, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 520321702 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 05 2025 21:01:03 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520317439 | + | Email/Text: usanj.njbankr@usdoj.gov | Dec 05 2025 20:44:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 520317441 | + | Email/Text: UpStart@ebn.phinsolutions.com | Dec 05 2025 20:43:00 | Upstart, 2950 S Delaware Street, San Mateo, CA 94403-2577 |
| 520317443 | + | EDI: WFAUTO | Dec 06 2025 01:30:00 | Wells Fargo Auto, Po Box 71092, Charlotte, NC 28272-1092 |
| 520324828 | + | EDI: WFFC2 | Dec 06 2025 01:30:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 520367581 | | EDI: WFCCSBK | Dec 06 2025 01:30:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520317444 | + | EDI: WFFC2 | Dec 06 2025 01:30:00 | Wells Fargo Card Services, Po Box 3696, Portland, OR 97208-3696 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Charles M. Forman, Forman Holt, 365 West Passaic St., Suite 400, Rochelle Park, NJ 07662-3005 |
| 520317411 | *+ | Affirm Inc., 633 Folsom Street, Floor 7, San Francisco, CA 94107-3618 |
| 520374790 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com |
| David L. Stevens | on behalf of Debtor George Morales Jr. dstevens@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor George Morales Jr. jromero@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;nrincon@scura.com |
| Paul Evangelista | on behalf of Debtor George Morales Jr. pevangelista@scura.com, pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;nrincon@scura.com |
| Regina Cohen | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC rcohen@lavin-law.com |
| Susan Long | on behalf of Creditor Veronica Morales slong@genovaburns.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9